UNITED STATES of America, Plaintiff–Appellee,

v.

Talat KABIL, Defendant–Appellant.

No. 06–10160.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 18, 2008.

Camil A. Skipper, Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Krista Joy Hart, Sacramento, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Talat Kabil appeals from his guilty-plea conviction for marriage fraud, in violation of 8 U.S.C. § 1325(c). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we dismiss the appeal.

When Kabil entered into a plea agreement with the government, he waived his right to appeal his conviction and sentence. The record indicates that Kabil's guilty plea was knowing and voluntary. *See United States v. Nguyen,* 235 F.3d 1179, 1182–83 (9th Cir.2000); *see also United States v. Foreman,* 329 F.3d 1037, 1038–39 (9th Cir.2003). Moreover, the district court did not erroneously advise Kabil that he retained the right to appeal his conviction. *Cf. United States v. Buchanan,* 59 F.3d 914, 917–18 (9th Cir.1995). Therefore, we enforce the appeal waiver and dismiss this appeal.

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.